1046

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN PALMER DOWDNEY, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-14623-9, Nicole MacInnes, J., entered October 19, 2006. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Cox, J., concurred in by Becker and Lau, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. CHARLIE Y. CHENG, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 06-1-05678-3, Nicole MacInnes, J., entered September 10, 2007. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Grosse and Cox, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH HERMAN FUCHS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-00140-5, Linda Lau, J., entered October 22, 2007. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. BOBBY JOE LYONS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-07940-3, Gregory P. Canova, J., entered December 5, 2007. *Affirmed* by unpublished opinion per Cox, J., concurred in by Grosse and Appelwick, JJ.